**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Theresa Amuso, ) | No. CV-08-0700-PHX-LOA |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Life Insurance Company of North ) America, a foreign corporation; et al, ) | |
| )  Defendants. ) _____) | |

      Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective December 1, 2007, civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

      As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned Magistrate Judge pursuant to Title 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of

1 Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed. The
2 party filing the case or removing it to this Court is responsible for serving all parties with the
3 consent forms. Each party must file a completed consent form and certificate of service with
4 the Clerk of the Court not later than the date set below, and must serve a copy by mail or
5 hand delivery upon all parties of record in the case.

6 Any party is free to withhold consent to magistrate judge jurisdiction without
7 adverse consequences. Title 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v.*
8 *Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is
9 the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c). "A party to a
10 federal civil case has, subject to some exceptions, a constitutional right to proceed before an
11 Article III judge." *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citing *Pacemaker*
12 *Diagnostic Clinic of Am., Inc. v. Instromedix, Inc*., 725 F.2d 537, 541 (9th Cir. 1984) (*en*
13 *banc*)).

14 A review of the Court's file indicates that Defendants removed this lawsuit to
15 this Court on April 10, 2008. (docket # 1) Defendants and Plaintiff shall have until **Friday,**
16 **April 25, 2008** within which to make their written selections to either consent to magistrate
17 judge jurisdiction or elect to proceed before a United States district judge.  It is unknown if
18 a copy of the appropriate consent form, was served with the Notice of Removal per the
19 written instructions from the Clerk.

20 Accordingly,

21 **IT IS ORDERED** that Defendants and Plaintiff shall file on or before **Friday,**
22 **April 25, 2008** their written elections to either consent to magistrate judge jurisdiction or
23 elect to have this case assigned to a United States district judge.

24

25
26 [1]The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the
27 consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on"Forms" on the left side of the page and then click on and print the
28 appropriate form.

1  **IT IS FURTHER ORDERED** that counsel shall use the above caption, case number and initials on all future pleadings or other documents until further order of this Court.

4  **IT IS FURTHER ORDERED** that counsel shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2007. The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/. All other rules may be found as www.uscourts.gov/rules/.

DATED this 11th day of April, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge